# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| WAYNE TUT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:09-1018 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| BRIAN CROWDER and KEITH BEAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On December 9, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 46), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Renewed Motion to Dismiss (Docket No. 45) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 29th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge